IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAPPY'S WINDOWS, INC.,** | : | |
| **ADRIAN B. TREESE** | : | **CIVIL ACTION** |
|     **Plaintiff** | : | |
| | : | |
| v. | : | NO. 11-2767 |
| | : | |
| **THE CINCINNATI INSURANCE CO.,** | : | |
|     **Defendant** | : | |

## O R D E R

**AND NOW**, this   27th   day of September, 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 15) and Plaintiff's Response thereto (Doc. No. 18), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety**.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**.

The Clerk of Court is directed to mark this case closed for all purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.